IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Cordia

Printed: 2/12/08

Case Number: 04 B 31885
Judge: Wedoff, Eugene R
Filed: 8/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 22, 2007
Confirmed: October 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 102.34 |
| Other Funds: |  | 292.46 |
| Totals: | 2,300.00 | 2,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Seventh Avenue | Unsecured | 131.74 | 0.00 |
| 3. | Midnight Velvet | Unsecured | 220.37 | 0.00 |
| 4. | Ginny's | Unsecured | 74.24 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 218.95 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 111.11 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 93.30 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 76.23 | 0.00 |
| 9. | Specialized Management Consultants | Unsecured | 87.60 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 118.92 | 0.00 |
| 11. | Chadwicks Of Boston | Unsecured |  | No Claim Filed |
| 12. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 13. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 14. | TBC Collection | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,037.66 | $ 1,905.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 24.33 |
| 4% | 6.25 |
| 3% | 4.64 |
| 5.5% | 26.19 |
| 5% | 7.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Cordia | Case Number: 04 B 31885 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 8/26/04 |

```
              4.8%              33.03
                              _____
                              $ 102.34
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_(signature)_